## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Vanelia Cross, on behalf of herself, the proposed Rule 23 class, and others similarly situated, | Civil No. 18-1385 (DSD/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Rochester Home Care LLC and Munya Bana, | |
| Defendants. | |

Pursuant to the parties' stipulation, *see* Dkt. 15, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that this matter is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: January 14, 2019

s/David S. Doty
David S. Doty, Judge
United States District Court